IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01390-MSK-BNB

JANELL KENFIELD, formerly known as Janell Bezdek,

Plaintiff,

v.

COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT, a department of the State of Colorado,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Consented Motion for Extension of Scheduling Order Deadlines** [docket no. 38, filed December 10, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
 The parties shall designate all experts and provide
 opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
 on or before **January 21, 2010**;

 The parties shall designate all rebuttal experts and provide
 opposing counsel with all information specified in Fed. R. Civ. P.
 26(a)(2) on or before **February 23, 2010**;

| | |
|---|---|
| Service of Last Written Discovery Requests: | **April 27, 2010** |
| Discovery Cut-off: | **June 1, 2010** |
| Dispositive Motion Deadline: | **July 12, 2010** |

DATED:  December 11, 2009