IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01390-MSK-BNB

JANELL KENFIELD, formerly known as Janell Bezdek,

Plaintiff,

v.

COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT, a department of the State of Colorado,

Defendant.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Consented and Agreed Upon Motion for Modification of Scheduling Order and Thirty Day Extension of Deadlines** [docket no. 43, filed May 18, 2010] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED. The discovery cut-off is extended to and including **July 1, 2010**. The dispositive motion deadline is extended to and including **August 12, 2010**.


DATED: May 18, 2010