IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01390-MSK-BNB

JANELL KENFIELD, formerly known as Janell Bezdek,

Plaintiff,

v.

COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT, a department of the
State of Colorado,

Defendant.

---

**MINUTE ORDER**

---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Stipulated Motion to Modify Scheduling Order
to Extend Discovery-Related Deadlines** [docket no. 58, filed June 24, 2010] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED IN PART.  The Final Pretrial
Conference is set before Judge Krieger on September 30, 2010, and is a date I cannot change.
The dispositive motion deadline must be before that date.  Therefore, the Scheduling Order is
amended as follows: discovery cut-off is to and including **August 31, 2010**; and the dispositive
motion deadline is to and including **September 15, 2010**.


DATED:  June 25, 2010