IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01390-MSK-BNB

JANELL KENFIELD, formerly known as Janell Bezdek,

Plaintiff,

v.

COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT, a department of the State of Colorado,

Defendant.

## MINUTE ORDER

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  This matter is before the Court on the **Motion for Order Relating to the Deposition of Beth Dillon and Althea Bruce** [docket no. 50, filed June 17, 2010] (the "Motion"). Pursuant to the plaintiffs' filing of the **Notice of Withdrawal of Motion for Order Relating to the Deposition of Beth Dillon and Althea Bruce** [docket no. 65, filed July 13, 2010],

  IT IS ORDERED that the Motion [docket no. 50] is DENIED AS MOOT. This motion will not be heard at the motions hearing now set for July 21, 2010. However, the Motion for Protective Order and Directions of Court [docket no. 54] is still pending, and will still be heard at the hearing set for July 21, 2010, at 8:30 a.m.

DATED: July 13, 2010