IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01390-MSK-BNB

JANELL KENFIELD, formerly known as Janell Bezdek,

Plaintiff,

v.

COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT, a department of the State of Colorado,

Defendant.

_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion for Protective Order** [Doc. # 71, filed 8/26/2010] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here.

The Motion concerned the necessity for the plaintiff's expert to produce pursuant to a subpoena duces tecum his file prior to his deposition. The deposition is scheduled to occur tomorrow. I am informed that the file was produced to defendant's counsel this morning.

IT IS ORDERED that:

(1) The Motion [Doc. # 71] is DENIED as moot in view of the prior production of the file; and

(2) The discovery cut-off is extended to and including **September 15, 2010**, solely to allow for the deposition of Jon Karraker.

Dated August 30, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge