IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01390-MSK-BNB

JANELL KENFIELD, formerly known as Janell Bezdek,

Plaintiff,

v.

COLORADO DEPARTMENT OF PUBLIC HEALTH & ENVIRONMENT, a department of the State of Colorado,

Defendant.

---

# MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      IT IS ORDERED that plaintiff's **Motion to Compel Production of Documents** [Doc. # 84, filed 8/31/2010] is DENIED for failure meaningfully to comply with the requirements of D.C.COLO.LCivR 7.1A. Hoelzel v. First Select Corp., 214 F.R.D. 634, 635-36 (D. Colo. 2003).

DATED: September 1, 2010